MARY G. BENNET, Respondent, v. FLORENCE G. HARVEY and WILLIAM H. HARVEY, Appellants.— In an action to foreclose a mortgage on real property, the answer alleges, as an affirmative defense, the existence of an agreement modify-

ing the terms of the mortgage so as to reduce the rate of interest on the indebtedness. Order granting plaintiff's motion for summary judgment striking out appellants' answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.